UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. LEWIS,

        Plaintiff,

Case No. 1:09-cv-1086

Hon. Robert J. Jonker

vs.

MARK GUYETTE,

        Defendant.

                                        /

**ORDER**

This matter is before the court on plaintiff's second motion for leave to proceed *in forma pauperis* (docket no. 17). The court previously granted plaintiff's motion to proceed *in forma pauperis*. *See* docket no. 4. Accordingly, plaintiff's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: June 10, 2010

        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge